# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

139879

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOY BROWN, Personal Representative of the
Estate of EDWIN E. SANGER, Deceased,
            Plaintiff-Appellee,

v

KATHLEEN R. WRIGHT, f/k/a KATHLEEN R.
SANGER,
            Defendant-Appellant.

SC: 139879
COA: 285509
Macomb CC: 2007-002448-CK

_____/

     On order of the Court, the application for leave to appeal the September 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     HATHAWAY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

s0616

_____
Clerk